# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

Filed: August 17, 2026

| | |
|---|---|
| SUSAN HUBBARD,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH<br>AND HUMAN SERVICES,<br><br>Respondent. | PUBLISHED<br><br>No. 23-917V<br><br>Special Master Nora Beth Dorsey<br><br>Damages Award; Influenza ("Flu") Vaccine; Transverse Myelitis ("TM"). |

Leigh Finfer, Muller Brazil, LLP, Dresher, PA, for Petitioner.
Naseem Kourosh, U.S. Department of Justice, Washington, DC, for Respondent.

**DECISION AWARDING DAMAGES BASED ON PROFFER**[1]

On June 16, 2023, Susan Hubbard ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program ("Vaccine Act" or "the Program"), 42 U.S.C. § 300aa-10 et seq. (2018).[2] Petitioner alleged that as a result of receiving an influenza ("flu") vaccine on October 11, 2021,[3] she developed transverse myelitis ("TM"). Petition at Preamble (ECF No. 1).

---

[1] Because this Decision contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to -34 (2018). All citations in this Ruling to individual sections of the Vaccine Act are to 42 U.S.C. § 300aa.

[3] Petitioner also received a Covid-19 vaccination on October 11, 2021, which is a non-covered vaccine. Petitioner's Exhibit ("Pet. Ex.") 1 at 2-4; Pet. Ex. 13 at ¶ 1; 42 C.F.R. § 100.3(a).

On February 11, 2026, the undersigned issued a ruling finding Petitioner entitled to compensation. Ruling on Entitlement dated Feb. 11, 2026 (ECF No. 54).

On August 17, 2026, Respondent filed a Proffer on Award of Compensation ("Proffer"), attached hereto as Appendix A. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. Proffer at 2. Based on the record as a whole, the undersigned finds that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, the undersigned awards Petitioner:

**(1) A lump sum payment of $135,345.10, representing $115,000.00 in pain and suffering and $20,345.10 in unreimbursable expenses, to be paid through an ACH deposit to Petitioners' counsel's IOLTA account for prompt disbursement to Petitioner.**

Proffer at 1-2. This amount represents all elements of compensation to which Petitioner is entitled under § 15(a). Id. at 2.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court **SHALL ENTER JUDGMENT** herewith.[4]

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Special Master

[4] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| SUSAN HUBBARD,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | No. 23-917V (ECF)<br>Special Master Dorsey |

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**[1]

On June 16, 2023, Susan Hubbard ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 (2018) (the "Vaccine Act"), alleging that she suffered from transverse myelitis caused by an influenza vaccination that she received on October 11, 2021. ECF No. 1.

On February 11, 2026, the Special Master issued a Ruling on Entitlement, finding that petitioner is entitled to compensation. ECF No. 54.[2]

## I. Items of Compensation

Based upon the evidence of record, respondent proffers that petitioner should be awarded $135,345.10, which consists of $115,000.00 in pain and suffering and $20,345.10 in

---

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to address after the Damages Decision is issued.

[2] The Secretary of Health and Human Services ("respondent") has no objection to the amount of the proffered award of damages set forth herein. Assuming that the Special Master issues a damages decision in conformity with this proffer, respondent waives his right to seek review of such damages decision. However, respondent reserves his right, pursuant to 42 U.S.C. § 300aa-12(e), to seek review of the Special Master's February 11, 2026 entitlement ruling.

unreimbursable expenses. This represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## II. Form of the Award

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner be made through a lump sum payment as described below and requests that the Special Master's decision and the Court's judgment award the following: a lump sum payment of **$135,345.10** to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner.[3]

Respectfully submitted,


BRETT A. SHUMATE
Assistant Attorney General

JONATHAN D. GUYNN
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

TRACI R. PATTON
Assistant Director
Torts Branch, Civil Division

/s/ Naseem Kourosh
NASEEM KOUROSH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146, Benjamin Franklin Station
Washington, D.C. 20044-0146
(202) 305-1159
Naseem.Kourosh@usdoj.gov


DATED: August 17, 2026

[3] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future pain and suffering, and future lost wages.

**CERTIFICATE OF SERVICE**

I certify that today, August 17, 2026, a copy of the foregoing document will be served by electronic mail to Leigh Finfer at leigh@mullerbrazil.com.

/s/ Naseem Kourosh